**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JONATHAN HILBURN** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00234 KGB**

**LEXICON, INC.** **DEFENDANT**

# ORDER

In the parties' joint status report filed August 20, 2026, the parties agreed to participate in a settlement conference before a United States Magistrate Judge (Dkt. No. 14). The Court refers this matter to United States Magistrate Judge Joe J. Volpe to schedule and conduct a settlement conference between the parties.

So ordered this the 16th day of September, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge