**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JONATHAN HILBURN** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00234 KGB**

**LEXICON, INC.** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jonathan Hilburn's claims brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*., and the Arkansas Civil Rights Act, Arkansas Code Annotated § 16-123-101, *et seq.*, are dismissed with prejudice. The relief requested is denied. The Clerk is instructed to close the case.

It is so adjudged this 14th day of October, 2026.

Kristine G. Baker
Chief United States District Judge